UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINDSOR E. COOKS,

        Plaintiff,

v.                         Case No. 3:10-cv-684-J-12JRK

CITY POLICE DEPARTMENT,

        Defendant.

**ORDER**

Plaintiff Cooks, an inmate of the Florida penal system who is proceeding pro se, initiated this case by filing a Civil Rights Complaint Form (Complaint) (Doc. #1) pursuant to 42 U.S.C. § 1983. The Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of the following filings brought by Plaintiff in this Court that were dismissed as frivolous: (1) 3:01-cv-809-J-21TEM; (2) 3:07-cv-859-J-32TEM; (3)

3:09-cv-1030-J-25MCR; and (4) 3:09-cv-1078-J-25TEM.[1] Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, he may not proceed in forma pauperis, and this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 11TH day of August, 2010.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 8/9
c:
Windsor E. Cooks

---

[1] This Court dismissed Cooks' previously-filed civil rights case (Case No. 3:10-cv-165-J-32JRK) pursuant to the three strikes provision of 28 U.S.C. § 1915(g). See Case No. 3:10-cv-165-J-32JRK, Order of Dismissal Without Prejudice (Doc. #4), filed March 1, 2010.

- 2 -